| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) O'Brien, Terrence L. | 2. Court or Organization Tenth Circuit | 3. Date of Report 05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. Court of Appeals, Tenth Circuit 2120 Carey Ave., Suite 200 Cheyenne, WY 82001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 21 A 11:46 FINANCIAL DISCLOSURE OFFICE

O'Brien, Terrence L.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Wyoming - Judicial Retirement | $29,311.92 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | Yard Materials | April Brimmer Kunz | $1,700.00 |
| 3. | Air Fare Phoenix | April Brimmer Kunz | $285.00 |
| 4. | Nuvi | April Brimmer Kunz | $420.00 |
| 5. | Misc gifts | April Brimmer Kunz | $310.00 |
| 6. | Kindle | Marian Rochelle | $510.00 |
| 7. | Socrates maquette (bronze) | Marian Rochelle | $2,000.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA#1 WY Defer Comp Nationwide Templeton Foreign Fund TFFAX | A | Dividend | L | T | Sold | | | | |
| 2. IRA#1 Wy Defer Compt Artisan Mid Cap ARTMX | A | Dividend | K | T | | | | | |
| 3. IRA#1 Wy Defer Comp Janus Mid Cap Value JMCVX | A | Dividend | K | T | Sold | | | | |
| 4. IRA #1 WY Defer Comp Nationwide Amer Century Ultra TWUIX | A | Dividend | K | T | Sold | | | | |
| 5. IRA #1 Wy Retire Acct Dreyfus Money Market Reserves | A | Dividend | J | T | | | | | |
| 6. IRA#! WY Defer Comp Dodge & Cox Intl Stock Fund | A | Dividend | K | T | Buy | | | | Replaced Line 1 |
| 7. IRA#1 WY Defer Comp Perkins Mid Cap Value Fund | A | Dividend | K | T | Buy | | | | Replaced Line 3 |
| 8. IRA# WY Defer Comp Black Rock Russell 1000 Growth Index T | A | Dividend | K | T | Buy | | | | Replaced Line 4 |
| 9. IRA #2 BA (TDA) | A | Dividend | K | T | | | | | |
| 10. IRA #2 CLX (TDA) | A | Dividend | J | T | | | | | |
| 11. IRA #2 CVX (TDA) | A | Dividend | J | T | | | | | |
| 12. IRA#2 DRYS (TDA) | A | Dividend | J | T | | | | | |
| 13. IRA #2 GR (TDA) | A | Dividend | J | T | | | | | |
| 14. IRA#2 Cash Equivalent Account (TDA) | A | Interest | J | T | | | | | |
| 15. BKH (TDA) | A | Dividend | J | T | | | | | |
| 16. BA (TDA) | A | Dividend | K | T | | | | | |
| 17. CAT (TDA) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GLW (TDA) | A | Dividend | K | T | | | | | |
| 19. DD (TDA) | A | Dividend | K | T | | | | | |
| 20. FCX (TDA) | A | Dividend | K | T | | | | | |
| 21. IBM (TDA) | A | Dividend | K | T | | | | | |
| 22. JNJ (TDA) | A | Dividend | K | T | | | | | |
| 23. KMB (TDA) | A | Dividend | J | T | | | | | |
| 24. PAS (TDA) | A | Dividend | J | T | | | | | |
| 25. RTP (TDA) | A | Dividend | K | T | | | | | |
| 26. JAVA (TDA) | A | Dividend | J | T | | | | | |
| 27. TRA (TDA) | A | Dividend | K | T | | | | | |
| 28. TRN (TDA) | A | Dividend | J | T | | | | | |
| 29. UNP (TDA) | A | Dividend | K | T | | | | | |
| 30. VLO (TDA) | A | Dividend | K | T | | | | | |
| 31. PTHAX (TDA) | A | Interest | J | T | | | | | |
| 32. VKMHX (TDA) | A | Interest | J | T | | | | | |
| 33. Cash Equivalent Account (TDA) | A | Interest | K | T | | | | | Was CMFUZ |
| 34. BRKB (Fid) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IBDRY (Fid) | A | Dividend | J | T | | | | | |
| 36. BA (Fid) | A | Dividend | J | T | | | | | |
| 37. FHIGX (Fid) | A | Dividend | L | T | | | | | |
| 38. FTEXX Money Market Account (Fid) | A | Interest | N | T | | | | | |
| 39. PFL Annuity #1 | A | Interest | K | T | | | | | |
| 40. PFL Annuity #2 | A | Interest | K | T | | | | | |
| 41. PFL Annuity #3 | A | Interest | K | T | | | | | |
| 42. First Interstate Bank Gillette WY Cash Equiv Acct | A | Interest | J | T | | | | | |
| 43. USAA Fed Savings Bank, San Antonio, TX Cash Equiv Acct | A | Interest | L | T | | | | | |
| 44. First NB, Buffalo, WY Cash Equiv Acct | A | Interest | J | T | | | | | |
| 45. American NB, Cheyenne, WY Cash Equiv Acct | A | Interest | L | T | | | | | |
| 46. U S Coins | | None | J | T | | | | | |
| 47. U.S. Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544